# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

136846

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

TORRISANDOIS LEROY LYONS,
   Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 136846
COA: 284473
Wayne CC: 07-009823-FC

_____/

   On order of the Court, the application for leave to appeal the May 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009         _____
                    Clerk

p0615